UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **DEMARIO B. JONES** | * | CIVIL ACTION NO. 13-2562 |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **EMERALD CORRECTIONAL MANAGEMENT d/b/a RIVERBEND CORRECTIONAL CENTER AND MACARTHUR BAKER** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss for Failure to State a Claim [Doc. No. 6] filed by Defendant Emerald Correctional Management, LLC, is GRANTED, and Plaintiff's claims arising under the Constitution and laws of the United States are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's remaining state law claims are hereby DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 25th day of April, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE